of bid proposals, award contracts, steer sub-contracts and
otherwise provide preferential treatment during the terms of
contracts to John Spano, d/b/a Valley Floor Covering, Inc., all
in violation of Title 18, United States Code, Sections
201(b)(2)(A), (B), and (C) and Title 18, United States Code,
Section 2;

      b.   On or about the following dates, in the
Commonwealth of Massachusetts,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, being a state employee, did directly and
indirectly corruptly ask, demand, exact, solicit, seek, accept,
receive, and agree to receive for himself and other persons and
entities the following things of value from John Spano, d/b/a
Valley Floor Covering, Inc., in return for being influenced in
the performance of any official act or act within his official
responsibility; being influenced to commit and aid in committing
and to collude in, and allow any fraud, and to make opportunity
for the commission of any fraud on the Commonwealth and on a
state, county or municipal agency; and being induced to do and
omit to do any act in violation of his official duty; that is, to
fraudulently generate bid proposals, collude in the preparation
of bid proposals, award contracts, steer sub-contracts and
otherwise provide preferential treatment during the terms of

41

contracts to John Spano, d/b/a Valley Floor Covering, Inc., all
in violation of Massachusetts General Laws, Chapter 268, Sections
2(b)(1), (2) and (3);

        c.   On or about the following dates, in the District
of Massachusetts,

**JOHN SPANO,**

defendant herein, did directly and indirectly corruptly give,
offer, and promise anything of value to a public official, that
is defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION, all with
the intent to influence an official act of said public official;
to influence said public official to commit and to aid in
committing, and to collude in, and allow, a fraud, and to make
opportunity for the commission of a fraud; and to induce said
public official to do and omit to do an act in violation of his
official duty; that is, to fraudulently generate bid proposals,
collude in the preparation of bid proposals, award contracts,
steer sub-contracts and otherwise provide preferential treatment
during the terms of contracts to John Spano, d/b/a Valley Floor
Covering, Inc., all in violation of Title 18, United States Code,
Sections 201(b)(1)(A), (B), and (C);

        d.   On or about the following dates, in the
Commonwealth of Massachusetts,

**JOHN SPANO,**

defendant herein, did directly and indirectly corruptly give,

42

offer, and promise anything of value to any state employee, that
is defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION, with
intent to influence any official act or any act within the
official responsibility of said state employee; to influence said
state employee to commit and aid in committing, and to collude
in, and allow, any fraud, and make opportunity for the commission
of any fraud on the Commonwealth and on a state, county or
municipal agency; and to induce said state employee to do and
omit to do any act in violation of his official duty; that is, to
fraudulently generate bid proposals, collude in the preparation
of bid proposals, award contracts, steer sub-contracts and
otherwise provide preferential treatment during the terms of
contracts to John Spano, d/b/a Valley Floor Covering, Inc., all
in violation of Massachusetts General Laws, Chapter 268, Sections
2(a)(1), (2) and (3):

| Act | Violation | Thing of Value for Act a, b, c and d and Date | Beneficiary of Act a, b, c and d |
|---|---|---|---|
| 111a<br>111b<br>111c<br>111d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Free carpeting and installation services in or about 1993 | Living room, hallway, and bedroom carpeting at the residence of defendant ASSELIN, JR. |
| 112a<br>112b<br>112c<br>112d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Free carpeting and installation services in or about the fall, 1996 | Living room, hallway, and television room carpeting at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |

| 113a 113b 113c 113d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Free carpeting and installation services in or about 1998 | Carpets at the residence of defendants JOSEPH and MELINDA ASSELIN |
|---|---|---|---|
| 114a 114b 114c 114d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Free carpeting and installation services in or about 1998 | Carpets at the residence of defendants RAYMOND and JANET ASSELIN, SR. |
| 115a 115b 115c 115d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Approximately $2,900.00 worth of free carpeting and installation services in or about the summer, 2000 | Carpets at the residence of SHA's Chief Purchasing Agent |
| 116a 116b 116c 116d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Free carpeting and installation services in or about 2001 | Office carpet at the office of defendant CHRISTOPHER ASSELIN |
| 117a 117b 117c 117d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Approximately $2,295.00 worth of free carpeting and installation services on or about 03/09/01 | Carpets at the residence of defendants JOSEPH and MELINDA ASSELIN, and the rental property of defendant SOTIRION |
| 118a 118b 118c 118d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Free carpeting and installation services in or about the summer, 2002 | Basement, hall, and staircase carpeting at 56 Stage Island Road, Chatham, MA |

**Racketeering Acts 119 through 130**

40.    Racketeering Acts 119 through 130 consisted of the following:

a.    On or about the following dates, in the District of Massachusetts,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, being a public official, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive and accept the following things of value from Paul Bannick d/b/a PABCO and Paul A. Bannick Co., all in return for and with the intent of being influenced in the performance of an official act; being influenced to commit and aid in committing and to collude in, and allow, a fraud, and to make opportunity for the commission of a fraud; and being influenced to act and omit to do an act in violation of his official duty; that is, to fraudulently generate bid proposals, collude in the preparation of bid proposals, award contracts, steer sub-contracts and otherwise provide preferential treatment during the terms of contracts to Paul Bannick d/b/a PABCO and Paul A. Bannick Co., all in violation of Title 18, United States Code, Sections 201(b)(2)(A), (B), and (C) and Title 18, United States Code, Section 2;

      b.    On or about the following dates, in the Commonwealth of Massachusetts,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, being a state employee, did directly and indirectly corruptly ask, demand, exact, solicit, seek, accept,

45

receive, and agree to receive for himself and other persons and
entities the following things of value from Paul Bannick d/b/a
PABCO and Paul A. Bannick Co., in return for being influenced in
the performance of any official act or act within his official
responsibility; being influenced to commit and aid in committing
and to collude in, and allow any fraud, and to make opportunity
for the commission of any fraud on the Commonwealth and on a
state, county or municipal agency; and being induced to do and
omit to do any act in violation of his official duty; that is, to
fraudulently generate bid proposals, collude in the preparation
of bid proposals, award contracts, steer sub-contracts and
otherwise provide preferential treatment during the terms of
contracts to Paul Bannick d/b/a PABCO and Paul A. Bannick Co.,
all in violation of Massachusetts General Laws, Chapter 268,
Sections 2(b)(1), (2) and (3);

      c.    On or about the following dates, in the District
of Massachusetts,

**PAUL BANNICK,**

defendant herein, did directly and indirectly corruptly give,
offer, and promise anything of value to a public official, that
is defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION, all with
the intent to influence an official act of said public official;
to influence said public official to commit and to aid in
committing, and to collude in, and allow, a fraud, and to make

46

opportunity for the commission of a fraud; and to induce said
public official to do and omit to do an act in violation of his
official duty; that is, to fraudulently generate bid proposals,
collude in the preparation of bid proposals, award contracts,
steer sub-contracts and otherwise provide preferential treatment
during the terms of contracts to Paul Bannick d/b/a PABCO and
Paul A. Bannick Co., all in violation of Title 18, United States
Code, Sections 201(b)(1)(A), (B), and (C);

      d.   On or about the following dates, in the
Commonwealth of Massachusetts,

**PAUL BANNICK,**

defendant herein, did directly and indirectly corruptly give,
offer, and promise anything of value to any state employee, that
is defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION, with
intent to influence any official act or any act within the
official responsibility of said state employee; to influence said
state employee to commit and aid in committing, and to collude
in, and allow, any fraud, and make opportunity for the commission
of any fraud on the Commonwealth and on a state, county or
municipal agency; and to induce said state employee to do and
omit to do any act in violation of his official duty; that is, to
fraudulently generate bid proposals, collude in the preparation
of bid proposals, award contracts, steer sub-contracts and
otherwise provide preferential treatment during the terms of

47

contracts to Paul Bannick d/b/a PABCO and Paul A. Bannick Co.,
all in violation of Massachusetts General Laws, Chapter 268,
Sections 2(a)(1), (2) and (3):

| Act | Violation | Thing of Value for Act a, b, c and d and Date | Beneficiary of Act a, b, c and d |
|---|---|---|---|
| 119a<br>119b<br>119c<br>119d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Paul A. Bannick Co., Check No. 16062 to Paul A. Bannick for $100.00 on or about 04/11/96 | Cash to defendant SOTIRION |
| 120a<br>120b<br>120c<br>120d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Paul A. Bannick Co., Check No. 16201 to Paul A. Bannick for $300.00 on or about 08/21/96 | Cash to defendant SOTIRION |
| 121a<br>121b<br>121c<br>121d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Paul A. Bannick Co., Check No. 16243 to Paul A. Bannick for $100.00 on or about 10/03/96 | Cash to defendant SOTIRION |
| 122a<br>122b<br>122c<br>122d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Paul A. Bannick Co., Check No. 16280 to Paul A. Bannick for $300.00 on or about 11/14/96 | Cash to defendant SOTIRION |
| 123a<br>123b<br>123c<br>123d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Paul A. Bannick Co., Check No. 16326 for $235.29 on or about 12/13/96 | Golf club for defendant ASSELIN, SR. |
| 124a<br>124b<br>124c<br>124d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Paul A. Bannick Co., Check No. 16366 to Paul A. Bannick for $100.00 on or about 01/28/97 | Cash to defendant SOTIRION |
| 125a<br>125b<br>125c<br>125d | 18 USC 201<br>MGL Ch 268<br>18 USC 201<br>MGL Ch 268 | Cash payment approxi-ately every two months by Paul Bannick during the calendar year 1999 | Cash to defendant ASSELIN, SR. and defendant SOTIRION, |

| 126a 126b 126c 126d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Paul A. Bannick Co. Check No. 17024 for $800.00 on or about 01/07/99 | Partial payment for an overhead door at the residence of defendant SOTIRION |
|---|---|---|---|
| 127a 127b 127c 127d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Cash payments approximately every two months by Paul Bannick during the calendar year 2000 | Cash to defendant ASSELIN, SR. and defendant SOTIRION, |
| 128a 128b 128c 128d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Cash payments approximately every two months by Paul Bannick during the calendar year 2001 | Cash to defendant ASSELIN, SR. and defendant SOTIRION, |
| 129a 129b 129c 129d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | Cash payments approximately every two months by Paul Bannick during the calendar year 2002 | Cash to defendant ASSELIN, SR. and defendant SOTIRION, |
| 130a 130b 130c 130d | 18 USC 201 MGL Ch 268 18 USC 201 MGL Ch 268 | SHA Check No. 043541 for $6,285.60 to Paul A. Bannick Co. falsely inflated by approximately $3,000.00 | Proceeds for free gifts for the 2002 "Committee to Elect Christopher Asselin" golf fundraiser |

**Racketeering Acts 131 through 135**

41.   Racketeering Acts 131 through 135 consisted of the following:

a.   On or about the following dates, in the District of Massachusetts,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, being a public official, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive and accept the following things of value from Oak Pond Farms, Inc., all in return for and with the intent of being

49

influenced in the performance of an official act; being
influenced to commit and aid in committing and to collude in, and
allow, a fraud, and to make opportunity for the commission of a
fraud; and being influenced to act and omit to do an act in
violation of his official duty; that is, to fraudulently generate
bid proposals, collude in the preparation of bid proposals, award
contracts, steer sub-contracts and otherwise provide preferential
treatment during the terms of contracts to Oak Pond Farms, Inc.,
all in violation of Title 18, United States Code, Sections
201(b)(2)(A), (B), and (C) and Title 18, United States Code,
Section 2;

      b.   On or about the following dates, in the
Commonwealth of Massachusetts,

**RAYMOND ASSELIN, SR.**
and
**ARTHUR SOTIRION,**

defendants herein, being a state employee, did directly and
indirectly corruptly ask, demand, exact, solicit, seek, accept,
receive, and agree to receive for himself and other persons and
entities the following things of value from Oak Pond Farms, Inc.,
in return for being influenced in the performance of any official
act or act within his official responsibility; being influenced
to commit and aid in committing and to collude in, and allow any
fraud, and to make opportunity for the commission of any fraud on
the Commonwealth and on a state, county or municipal agency; and

50

being induced to do and omit to do any act in violation of his

official duty; that is, to fraudulently generate bid proposals,

collude in the preparation of bid proposals, award contracts,

steer sub-contracts and otherwise provide preferential treatment

during the terms of contracts to Oak Pond Farms, Inc., all in

violation of Massachusetts General Laws, Chapter 268, Sections

2(b)(1), (2) and (3):

| Act | Violation | Thing of Value for Act a and b and Date | Beneficiary of Act a and b |
|---|---|---|---|
| 131a 131b | 18 USC 201 MGL Ch 268 | Oak Pond Farms, Inc. Check No. 1455 for $20,500.00 on or about 10/07/96 | Purchase of a 1996 Plymouth Voyager Van for defendant JAMES ASSELIN |
| 132a 132b | 18 USC 201 MGL Ch 268 | Oak Pond Farms, Inc. Check No. 1456 for $1,105.00 on or about 10/08/96 | Excise taxes on the 1996 Plymouth Voyager Van purchased for defendant JAMES ASSELIN |
| 133a 133b | 18 USC 201 MGL Ch 268 | Oak Pond Farms, Inc. Check No. 1458 for $3,000.00 on or about 12/23/96 | Automobile insurance on the 1996 Plymouth Voyager Van purchased for defendant JAMES ASSELIN |
| 134a 134b | 18 USC 201 MGL Ch 268 | William Pappas Personal Check No. 1456 for $52,500.00 to defendant JOSEPH ASSELIN on or about 04/28/97 | Funding for purchase of property at 518 Old Farm Road, Amherst, MA for defendants JOSEPH and MELINDA ASSELIN |
| 135a 135b | 18 USC 201 MGL Ch 268 | Fleet Bank Cashier's Check Nos. 20794638 and 2079564 for $14,000.00 to A & S Boats on or about 06/26/00 | Partial payment towards the purchase of twenty-three foot Chaparral 235SSi boat for the Asselin family |

### Racketeering Acts 136 through 140

42.    Racketeering Acts 136 through 140 consisted of the following:

a.    On or about the following dates, in the District of Massachusetts,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, being a public official, did directly and indirectly corruptly demand, seek, receive, accept, and agree to receive and accept the following things of value from M & D Remodeling, Inc., all in return for and with the intent of being influenced in the performance of an official act; being influenced to commit and aid in committing and to collude in, and allow, a fraud, and to make opportunity for the commission of a fraud; and being influenced to act and omit to do an act in violation of his official duty; that is, to fraudulently generate bid proposals, collude in the preparation of bid proposals, award contracts, steer sub-contracts and otherwise provide preferential treatment during the terms of contracts to M & D Remodeling, Inc., all in violation of Title 18, United States Code, Sections 201(b)(2)(A), (B), and (C) and Title 18, United States Code, Section 2;

b.    On or about the following dates, in the Commonwealth of Massachusetts,

52

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, being a state employee, did directly and
indirectly corruptly ask, demand, exact, solicit, seek, accept,
receive, and agree to receive for himself and other persons and
entities the following things of value from M & D Remodeling,
Inc., in return for being influenced in the performance of any
official act or act within his official responsibility; being
influenced to commit and aid in committing and to collude in, and
allow any fraud, and to make opportunity for the commission of
any fraud on the Commonwealth and on a state, county or municipal
agency; and being induced to do and omit to do any act in
violation of his official duty; that is, to fraudulently generate
bid proposals, collude in the preparation of bid proposals, award
contracts, steer sub-contracts and otherwise provide preferential
treatment during the terms of contracts to M & D Remodeling,
Inc., all in violation of Massachusetts General Laws, Chapter
268, Sections 2(b)(1), (2) and (3):

| Act | Violation | Thing of Value for Act a and b and Date | Beneficiary of Act a and b |
|-----|-----------|------------------------------------------|-----------------------------|
| 136a 136b | 18 USC 201 MGL Ch 268 | M & D Remodeling Check No. 2469 for $475.00 on or about 04/24/01 | Landscaping work at the residence of defendant SOTIRION |
| 137a 137b | 18 USC 201 MGL Ch 268 | M & D Remodeling Check No. 2487 for $450.00 on or about 05/26/01 | Landscaping work at the residence of defendants RAYMOND and JANET ASSELIN, SR. |

53

| 138a 138b | 18 USC 201 MGL Ch 268 | M & D Remodeling Check No. 2536 for $335.00 on or about 08/02/01 | Landscaping work at the residence of defendant SOTIRION |
| --- | --- | --- | --- |
| 139a 139b | 18 USC 201 MGL Ch 268 | M & D Remodeling Check No. 2695 for $330.00 on or about 11/05/01 | Landscaping work at the residence of defendant SOTIRION |
| 140a 140b | 18 USC 201 MGL Ch 268 | M & D Remodeling Check No. 2281 for $1,040.00 on or about 05/21/02 | Landscaping work at the residence of defendant SOTIRION |

### Racketeering Acts 141 through 144

43.    On or about the following dates, in the District of Massachusetts,

### RAYMOND ASSELIN, SR.
### and
### ARTHUR SOTIRION,

defendants herein, acting in concert with others did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that defendants unlawfully obtained the following property from a local electrical contractor, which property was not due them and the local electrical contractor's consent having been induced by wrongful use and threat of use of economic harm and under color of official right as follows:

| Act | Property and Date | Beneficiary of Thing of Value |
| --- | --- | --- |
| 141 | $6,840.00 of free electrical materials and service in or about the fall, 1996 | Rough and finish wiring of the residence of defendants CHRISTOPHER and MERLYLINA ASSELIN |

54

| 142 | $7,000.00 of free electrical materials and service in or about 10/00/97 through the fall, 1998 | Rough and finish wiring of the new residence of defendants JOSEPH and MELINDA ASSELIN |
|---|---|---|
| 143 | $660.17 worth of free electrical materials and service on or about 06/20/01 | Electrical service at the residence of defendant SOTIRION, |
| 144 | $500.00 worth of free electrical materials and service on or about 06/20/02 | Electrical service to wire the in-ground pool heater at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN |

All in violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section 2.

### Racketeering Acts 145 through 148

44.    In or about the following dates, in the District of Massachusetts,

### ARTHUR SOTIRION,

defendant herein, acting in concert with others did knowingly, willfully, and unlawfully affect and attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that defendant ARTHUR SOTIRION unlawfully obtained the following property from a local printing company on behalf of defendant JOSEPH ASSELIN, which property was not due them and the local printing company's consent having been induced by wrongful use and threat of use of economic harm as follows:

55

| Act | Property and Date | Beneficiary of Thing of Value |
|-----|-------------------|-------------------------------|
| 145 | Check Nos. 4318 and 4609 totaling $1,890.00 to defendant JOSEPH ASSELIN on or about 04/28/99 and 11/03/99 respectively | Payment to defendant JOSEPH ASSELIN to maintain his employer's business with the local printing company |
| 146 | Check No. 4945 for $2,100.00 to defendant JOSEPH ASSELIN on or about 04/28/00 | Payment to defendant JOSEPH ASSELIN to maintain his employer's business with the local printing company |
| 147 | Check No. 5470 for $2,025.00 to defendant JOSEPH ASSELIN on or about 04/30/01 | Payment to defendant JOSEPH ASSELIN to maintain his employer's business with the local printing company |
| 148 | Check No. 6011 for $1,785.00 to defendant JOSEPH ASSELIN on or about 04/30/02 | Payment to defendant JOSEPH ASSELIN to maintain his employer's business with the local printing company |

All in violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section 2.

### Racketeering Acts 149 through 225

45.   On or about the dates listed below, in the District of Massachusetts and elsewhere,

**RAYMOND ASSELIN, SR.**
**and**
**ARTHUR SOTIRION,**

defendants herein, having devised the above-described scheme and artifice to defraud and deprive SHA and HUD of money, property, and other things of value as SHA's Executive Director and Assistant Executive Director by means of false pretenses, representations, and promises, did cause the following mailings

56

to be delivered by the United States Postal Service for the
purpose of executing, and attempting to execute, the said scheme
and artifice to defraud:

| Act | Date | Use of Mail in furtherance of Scheme |
|-----|------|---------------------------------------|
| 149 | 08/12/91 | Defendants RAYMOND ASSELIN, SR. and JANET ASSELIN caused SHA to mail Check No. 006364 for $931.95 to Standard Tile Co. to pay for ceramic tile for a member of the Asselin family. |
| 150 | 07/13/92 | Defendants RAYMOND ASSELIN, SR. and JANET ASSELIN caused SHA to mail Check No. 008211 for $1,283.86 to Standard Tile Co. to pay for ceramic tile for a member of the Asselin family. |
| 151 | 12/13/93 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 014623 for $15,797.96 to Springfield Lumber Company in part to pay for 1,050 square feet of red oak flooring for 56 Stage Island Road, Chatham, MA. |
| 152 | 02/14/94 | Defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION caused SHA to mail Check No. 015148 for $1,530.08 to Eastern Electronics, Inc. in part to part for the $500.00 cost related to the installation of a new alarm system panel at the residence of defendant ARTHUR SOTIRION's parents, 353 Maple Street, Springfield, MA |
| 153 | 04/25/94 | Defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION caused SHA to mail Check No. 015804 for $1,500.00 to The Body Shop for automotive body work to defendant JANET ASSELIN's Chrysler LeBaron. |
| 154 | 10/19/95 | Defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION caused SHA to mail Check No. 021462 for $2,090.46 to Springfield Lumber Co. in part to pay for $87.89 worth of lumber and other materials for a member of the Asselin family. |
| 155 | 11/27/95 | Defendants RAYMOND ASSELIN, SR. and RAYMOND ASSELIN, JR. caused SHA to mail Check No. 021552 for $90.26 to Allston Supply Co. to pay for two cases of Butcher's Bright Washroom Cleaner for defendant RAYMOND ASSELIN, JR. |

| 156 | 05/13/96 | Defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION caused SHA to mail Check No. 023230 for $929.18 to Springfield Lumber Co. in part to pay for $205.82 worth of lumber and other materials for a member of the Asselin family. |
| --- | --- | --- |
| 157 | 10/14/96 | Defendants RAYMOND ASSELIN, SR., CHRISTOPHER ASSELIN, and MERYLINA ASSELIN caused SHA to mail Check No. 024191 for $380.00 to B-N-C Countertops, Inc. to pay for a countertop at the residence of defendants CHRISTOPHER and MERYLINA ASSELIN, 184 Bowles Park Extension, Springfield, MA. |
| 158 | 10/14/96 | Defendants RAYMOND ASSELIN, SR., JANET ASSELIN, CHRISTOPHER ASSELIN, and MERYLINA ASSELIN caused SHA to mail Check No. 024197 for $833.41 to pay for ceramic tile for the residence of defendants CHRISTOPHER and MERYLINA ASSELIN, 184 Bowles Park Extension, Springfield, MA. |
| 159 | 11/11/96 | Defendants RAYMOND ASSELIN, SR., CHRISTOPHER ASSELIN, and MERYLINA ASSELIN caused SHA to mail Check No. 024531 for $1,262.94 to R.P.S. Inc. in part to pay $494.05 for Kichler and Quoizel light fixtures for the residence of defendants CHRISTOPHER and MERYLINA ASSELIN, 184 Bowles Park Extension, Springfield, MA. |
| 160 | 11/11/96 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 024566 for $1,697.32 to Springfield Lumber Co. to pay for $672.00 worth of red oak flooring for a member of the Asselin family. |
| 161 | 06/09/97 | Defendants RAYMOND ASSELIN, SR. and ARTHUR SOTIRION caused SHA to mail Check No. 026340 for $1,178.95 to Sir Speedy Printing to pay $375.85 for 630 copies of the 1997 Massachusetts NAHRO Membership Listing and $46.20 for five copies of "Stock and Asset Management." |
| 162 | 06/23/97 | Defendants RAYMOND ASSELIN, SR. and JANET ASSELIN caused SHA to mail Check No. 026454 for $464.15 to Mansfield Paper Co. to pay for paper plates, plastic cups, and napkins for the Asselin vacation home at 56 Stage Island Road, Chatham, MA. |

58

| 163 | 09/08/97 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 027076 for $2,218.39 to Springfield Lumber Co. in part to pay for $119.60 worth of lumber and materials for a member of the Asselin family. |
| 164 | 10/13/97 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 027585 for $4,258.98 to Springfield Lumber Co. in part to pay for $1,000.46 worth of lumber and materials for a member of the Asselin family. |
| 165 | 11/10/97 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 027857 for $2,479.88 to Springfield Lumber Co. in part to pay for $174.20 worth of lumber and materials for a member of the Asselin family. |
| 166 | 12/08/97 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 028160 for $3,986.86 to Springfield Lumber Co. in part to pay for $331.40 worth of lumber and materials for a member of the Asselin family. |
| 167 | 03/27/98 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 029200 for $4,098.30 to Springfield Lumber Co. for $1,813.63 worth of lumber and materials for a member of the Asselin family. |
| 168 | 03/27/98 | Defendants RAYMOND ASSELIN, SR., JANET ASSELIN, JOSEPH ASSELIN, and MELINDA ASSELIN caused SHA to mail Check No. 029159 for $1,025.94 to Boston Tile Co. to pay for ceramic tile for the residence of defendants JOSEPH and MELINDA ASSELIN, 518 Old Farm Road, Amherst, MA. |
| 169 | 04/13/98 | Defendants RAYMOND ASSELIN, SR., JOSEPH ASSELIN, and MELINDA ASSELIN caused SHA to mail Check No. 029308 to R.P.S. Inc. in part to pay $1,094.25 for Kichler chandeliers and light fixtures for the residence of defendants JOSEPH and MELINDA ASSELIN, 518 Old Farm Road, Amherst, MA. |
| 170 | 04/13/98 | Defendants RAYMOND ASSELIN, SR. and RAYMOND ASSELIN, JR. caused SHA to mail Check No. 029271 for $270.78 to Allston Supply Company, Inc. to pay for four cases of Butcher's Bright Washroom Cleaner for defendant RAYMOND ASSELIN, JR. |

59

| 171 | 05/08/98 | Defendant RAYMOND ASSELIN, SR., JOSEPH ASSELIN, and MELINDA ASSELIN caused SHA to mail Check No. 029508 for $1,564.06 to R.P.S. Inc. in part to pay for $780.00 for Quoizel light fixtures for the residence of defendants JOSEPH and MELINDA ASSELIN, 518 Old Farm Road, Amherst, MA. |
| --- | --- | --- |
| 172 | 05/25/98 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 029667 for $100.68 to Griller's Hall of Fame to pay for grill parts for members of the Asselin family. |
| 173 | 05/25/98 | Defendant RAYMOND ASSELIN, SR., JOSEPH ASSELIN, and MELINDA ASSELIN caused SHA to mail Check No. 029683 for $1,772.28 to R.P.S. Inc. in part to pay $470.00 for, among other items, Quoizel and Kichler light fixtures for the residence of defendants JOSEPH and MELINDA ASSELIN, 518 Old Farm Road, Amherst, MA. |
| 174 | 05/25/98 | Defendant RAYMOND ASSELIN, SR. and JANET ASSELIN caused SHA to mail Check No. 029667 for $109.19 to Cook Builders Supply Co. to pay fifty lengths of two foot scallop edging at the residences of defendants RAYMOND and JANET ASSELIN, SR., 115 Mayfair Avenue, Springfield, MA. |
| 175 | 06/22/98 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 030102 for $2,083.52 to Springfield Lumber Co. in part to pay for $1,250.00 worth of red oak flooring for a member of the Asselin family. |
| 176 | 07/27/98 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 030367 for $1,845.66 to Springfield Lumber Co. in part to pay for $872.18 worth of lumber and materials for a member of the Asselin family. |
| 177 | 08/10/98 | Defendant RAYMOND ASSELIN, SR. caused SHA to mail Check No. 030481 for $2,180.73 to Springfield Lumber Co. in part to pay for $168.50 worth of lumber and materials for a member of the Asselin family. |