AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

## APPEARANCE

Case Number: 04-300-33 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Christopher Asselin_

_for arraignment_

I certify that I am admitted to practice in this court.

_7·12·04_
Date

_[signature]_
Signature

_William Cintolo_   _084130_
Print Name          Bar Number

_1 International Pl. Suite 1820_
Address

_Boston_   _MA_   _02110_
City       State  Zip Code

_617·439·7775_   _617·330·8774_
Phone Number     Fax Number