UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          Criminal No. 04-30033-MAP

RAYMOND ASSELIN, SR., et al.

Defendants.

## MOTION FOR EXTENSION OF TIME

Defendants Peter Davis, Raymond Asselin, Sr., Arthur Sotirion, Paul Bannick, Janet

Asselin, James Asselin, Raymond Asselin, Jr., Joseph Asselin, Melinda Asselin, Maria

Serrazina, Christopher Asselin and Merylina Asselin respectfully request an extension of time of

approximately 60 days for certain deadlines set forth in the Court's order of August 27, 2004.

As grounds for this motion, defendants state as follows:

1.      On August 27, 2004, the Court granted Defendants' Assented-to Motion for

Extension of Time.  Under the Court's order, the current deadlines are as follows:

        a.      Discovery letters to be filed by October 26, 2004;

        b.      Responses to discovery letters to be filed within 14 days of defendants'

discovery letters, or November 9, 2004, whichever date occurs first;

        c.      Discovery motions to be filed within 14 days of the opposing party's

declination to provide discovery or failure to respond, or November 23,

2004, whichever date occurs first;

        d.      Initial Status Conference to be held on November 9, 2004; and

        e.      The parties' joint memorandum under Local Rule 116.5(A)(1) through (7)

to be filed by November 2, 2004.

1

3.      The defendants respectfully request an approximately 60-day extension of time for each deadline set forth above.

4.      An extension of time is warranted under these circumstances.  Discovery has been voluminous and extraordinarily time consuming.  The government has made available to the defendants well over one hundred boxes of hard copy documents.  Defendants have not had a sufficient amount of time to conduct a thorough review of the materials made available by the government.

5.      Assistant U.S. Attorney William Welch assents to this motion.

WHEREFORE, Defendants Peter Davis, Raymond Asselin, Sr., Arthur Sotirion, John Spano, Paul Bannick, Janet Asselin, James Asselin, Raymond Asselin, Jr., Joseph Asselin, Melinda Asselin, Maria Serrazina, Christopher Asselin, and Merylina Asselin respectfully request that this Court grant this motion and impose the following scheduling order:

a.      Discovery letters are to be filed January 5, 2005;

b.      Responses to discovery letters to be filed within 14 days of defendants' discovery letter, or January 19, 2005, whichever date occurs first;

c.      Discovery motions to be filed within 14 days of the opposing party's declination to provide discovery or failure to respond, or February 2, 2005, whichever date occurs first;

d.      Initial status conference to be held on January 19, 2005 (if that date is convenient for the Court); and

e.      The parties' joint memorandum under Local Rule 116.5(A)(1) through (7) to be filed by January 12, 2005.

Respectfully submitted,

PETER DAVIS,

By his attorneys,


     **/s/ Kathleen Luz**
James C. Rehnquist, Esquire
Kathleen Luz, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000


RAYMOND ASSELIN, SR.
JANET ASSELIN

By his attorneys,


     **/s/ Richard Egbert**
Richard M. Egbert, Esquire
Patricia A. DeJuneas, Esquire
Law Office of Richard Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222


ARTHUR SOTIRION,

By his attorneys,


     **/s/ Vincent Bongiorni**
Vincent A. Bongiorni, Esquire
95 State Street
Springfield, MA 01103
(413) 732-0222

3

PAUL BANNICK,

By his attorney,


_____/s/ Steven Leary_____
Steven W. Leary, Esquire
95 State Street
Springfield, MA 01103
(413) 737-1489


JOSEPH ASSELIN
MELINDA ASSELIN.

By their attorney,


_____/s/ Bernard Grossberg_____
Bernard Grossberg, Esquire
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8558


RAYMOND ASSELIN, JR.

By his attorney,


__/s/ Joseph Balliro_____
Joseph J. Balliro, Sr.
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442

MARIA SERRAZINA

By her attorney,


_____ **/s/ Thomas Lesser** _____
Thomas Lesser, Esquire
Lesser, Newman, Souweine & Nasser
39 Main Street
Northampton, MA 01060
(413) 584-7331


CHRISTOPHER ASSELIN,

By his attorneys,


_____ **/s/ Thomas Kiley** _____
Thomas Kiley, Esquire
William Cintolo, Esquire
Cosgrove, Eisenberg & Kiley, P.C.
One International Place
Boston, MA 02110
(617) 439-7775


MERYLINA ASSELIN,

By her attorney,


_____ **/s/ David P. Hoose** _____
David P. Hoose, Esquire
1145 Main Street
Springfield, MA 01103
(413) 732-1939

JAMES ASSELIN

By his attorney,

__/s/ Roy Anderson_____
Roy Anderson, Esquire
Law Offices of Roy Anderson
935 Main Street, Suite 302
Springfield, MA 01103
(413) 736-2400


ASSENT:



__/s/ William Welch_____
William Welch, III
Assistant U.S. Attorney
U.S. Attorney's Office
550 Main Street
Springfield, MA 01103

Dated:  October 26, 2004



## CERTIFICATE OF SERVICE

I, Kathleen Luz, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 26th day of October, 2004.

_/s/ Kathleen Luz_____
Kathleen Luz

LIBA/1425559.2

6