UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Crim No. 04-30033-MAP |
| ) | |
| CHRISTOPHER ASSELIN ) | |
| Defendant. ) | |

## REQUEST TO TRAVEL OUTSIDE JURISDICTION

Now comes the defendant Christopher Asselin and asks this Court to allow him to travel outside the jurisdiction to Savannah, Georgia and Orlando, Florida with his wife, children and Paul Anziano and his family. In support of this request, the defendant states as follows:

1. The travel plans are during school vacation and include the defendant traveling from February 18, 2005 through February 24, 2005.

2. The defendant will be traveling with his family and friends.

3. The defendant will stay at the Fairfield Marriot in Savannah, Georgia on the 18th and then traveling to Orlando and staying at the Beach Club in Disney World.

4. The defendant and his family will drive home on the 24th of February.

WHEREFORE, the defendant seeks permission to be allowed to travel to Georgia and Florida with his family to spend some recreational time with his wife and children.

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by First-Class Mail.
Date: 2/14/05
WILLIAM J. CINTOLO

Dated: February 14, 2005

Respectfully submitted,

Christopher Asselin, Defendant
By his attorney

William J. Cintolo, BBO # 084120
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775