# COSGROVE, EISENBERG AND KILEY, P.C.
## COUNSELORS AT LAW

MARTIN S. COSGROVE
LEWIS C. EISENBERG
THOMAS R. KILEY
PETER M. McELROY
CARL VAVO

WILLIAM J. CINTOLO
PAUL R. MATTHEWS
THOMAS B. DROHAN
KENNETH W. TERRELL
NICHOLAS A. KENNEY
ELIZABETH A. CANTY

June 1, 2005

William M. Welch II, AUSA
United States Attorney's Office
District of Massachusetts
Federal Building and Courthouse
1550 Main Street, Room 310
Springfield, MA 01103

RE:   United States v. Christopher Asselin
      Case No. CR-N-04-30033-MAP (Superseding Indictment)
      Discovery Letter

Dear Assistant United States Attorney Welch:

    I am responding to your discovery letter of March 18, 2005 in the above-captioned case. To date, I acknowledge receiving some discovery. The following are further requests and one response to a request of the government:

- As to discovery request #5, the government stated that it would comply with its Brady v. Maryland, 373 U.S. 83 (1963) obligations. The defendant further requests the government to state when it will do so as required by Local Rule 116.3(A).

- As to discovery request #9, the government objected to the production of the identity and location of cooperating witnesses. The defendant further requests the government to state the basis for this objection as required by Local Rule 116.3(C).

- As to discovery request #12, the government objected to the production of information about cooperating witnesses who are under federal investigation and unaware of it. The defendant further requests the government respond to the remainder of the request, which included not just federal investigations, but also state and local investigations. Second, concerning federal investigations of cooperating witnesses, the defendant further requests that the government either state that no cooperating witnesses know he or she is under federal investigation or to produce information about those cooperating witnesses who *do know* they are under federal investigation.

June 1, 2005
William M. Welch II, AUSA
RE:   United States v. Christopher Asselin
      Case No. CR-N-04-30033-MAP (Superseding Indictment)
      Discovery Letter

Page Two

- As to discovery request #19, the government stated that it does not object to producing the identities, qualifications, and testimony of any expert witness the government intends to call at trial. The defendant further requests the government to indicate when it will produce this information as required by Local Rule 116.3(A). The defendant notes that such information should include each expert's curriculum vitae and an outline of his or her expected testimony.

- As to discovery request #3, the government made the reciprocal discovery request for defendant's reports of physical or mental examinations or scientific tests or experiments. The defendant responds that there are none.

Thank you for your assistance in this matter.

Very Truly Yours,

William J. Cintolo

WJC/bc

cc: Counsel of Record

**CERTIFICATE OF SERVICE**
I hereby certify that [...] true copy of the above document [...] the attorney of record for each pa[...] Mail.
Date: 6/1/2005

A. KENNEY