UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>CHRISTOPHER ASSELIN )<br>   Defendant. )<br>) | Crim No. 04-30033-MAP |

### REQUEST TO TRAVEL OUTSIDE JURISDICTION

     The defendant, Christopher Asselin, respectfully requests this Court to allow him to travel outside the jurisdiction to the New England states, New York, Florida and Puerto Rico. In support of this request, the defendant states as follows:

1. He has a new position at the Boston Anchor & Safety Equipment, Inc.
2. This position's responsibilities require travel to the above-listed states and Puerto Rico.
3. The defendant will travel to these locations for brief business-related stays and will return to Massachusetts as soon as he can while still completing his necessary business.

     WHEREFORE, the defendant seeks permission to be allowed to travel to those destinations listed.

                                                             Respectfully submitted,

                                                           Christopher Asselin, Defendant
                                                           By his attorney

                                                           /s/ William Cintolo
                                                           William J. Cintolo, BBO # 084120
                                                           COSGROVE, EISENBERG & KILEY, P.C.
                                                           One International Place, Suite 1820
                                                            Boston, MA 02110
Dated: August 9, 2005                             617.439.7775