UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CHRISTOPHER ASSELIN )<br>Defendant. )<br>) | Crim No. 04-30033-MAP |

## MOTION TO EXTEND BRIEFING DEADLINE

Pursuant to Fed. R. Crim. P. 12, Defendant Christopher Asselin moves this Honorable Court to extend by twenty-one (21) days the deadline for the filing of Defendant's briefs on the motions to dismiss. As reasons for this extension, Defendant states that his counsel has had to prepare for a trial and the length and complexity of the indictment has required more time than originally allocated for researching and drafting the motions. Defendant Raymond Asselin, Sr. joins in this motion.

WHEREFORE, Defendant requests that the Court extend the deadline for the filing of his brief to January 9, 2006.

Respectfully submitted,

CHRISTOPHER ASSELIN
By his attorney

/s/ William Cintolo
William Cintolo (BBO# 084120)
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775
617.330.8774 (fax)

RAYMOND ASSELIN, SR.
By his attorney

/s/ Richard Egbert
Richard Egbert (BBO# 151800)
LAW OFFICE OF RICHARD M. EGBERT
99 Summer Street, Suite 1800
Boston, MA 02110
617-737-8222
617-737-8223 (fax)

Dated: December 19, 2005

*Certifications on following page*

**CERTIFICATION PURSUANT TO LOCAL RULE 112.1**

I, Nicholas Kenney, certify that I have attempted to confer with William Welch of the United States Attorney's Office regarding the within motion.

/s/ Nicholas Kenney

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 19th day of December, 2005 by mail on counsel of record.

/s/ Nicholas Kenney