FILED
'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2005 DEC 20  P 5: 46

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30033-MAP |
| ) | |
| **vs.** ) | |
| ) | |
| **RAYMOND ASSELIN, SR., et al.** ) | |
| ) | |
| Defendants. ) | |

### GOVERNMENT'S OBJECTION TO MOTION TO EXTEND BRIEFING DEADLINE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files its objection to the Motion to Extend Briefing Deadline as follows:

1.    Some months ago, the court set the following briefing schedule:

      a.    Motions to Suppress due on December 19, 2005;

      b.    Response to Motion to Suppress due on February 10, 2006;

      c.    Oral argument on February 15, 2006.

2.    Defendants Raymond Asselin, Sr. and Christoper Asselin now seek to file their motions to suppress on January 9, 2006. The net effect of this request is that the Government's time to respond to their suppression motions has been shortened by twenty-one days.

1

3.    Absent any extension of the Government's response date by twenty-one days, the Government objects to this motion.

Filed this 2*U*th day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

WILLIAM M. WELCH II
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

Hampden,  ss.                                    Springfield, Massachusetts
                                                 December 20, 2005


        I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by mailing
said motion to:

Richard M. Egbert, Esq.                Vincent A. Bongiorni, Esq.
99 Summer Street                       95 State Street
Suite 1620                             Springfield, MA   01103
Boston, MA   02110

James C. Rehnquist, Esq.               Thomas Rooke, Esq.
Goodwin Proctor & Hoar                 73 Chestnut Street
Exchange Place                         Springfield, MA 01103
Boston, MA 02109

Steven W. Leary, Esq.                  Roy H. Anderson, Esq.
95 State Street                        Box 1420
Springfield, MA 01103                  Springfield, MA   01101

Thomas Lesser, Esq.                    Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser      99 Summer Street
39 Main Street                         Suite 1800
Northampton, MA   01060                Boston, MA   02110

Thomas R. Kiley, Esq.                  David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley            Katz, Sasson, Hoose & Turnbull
1 International Place                   1145 Main Street
Boston, MA   02110                     Springfield, MA   01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110


                                       WILLIAM M. WELCH II
                                       Assistant United States Attorney