UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     vs. ) | Crim No. 04-30033-MAP |
| CHRISTOPHER ASSELIN, ) | |
|     Defendant. ) | |

## MOTION TO EXTEND BRIEFING DEADLINE

    Pursuant to Fed. R. Crim. P. 12, Defendant Christopher Asselin moves this Honorable Court to extend by fourteen (14) days the deadline for the filing of Defendant's briefs on the motions to dismiss. As reasons for this extension, Defendant states that his counsel has been on the Commonwealth v. Rogers trial, which lasted for several days. The government has assented to this motion provided that its time to respond is also extended.

    WHEREFORE, Defendant requests that the Court extend the deadline for the filing of his brief to January 23, 2006.

                                                     Respectfully submitted,

                                                     CHRISTOPHER ASSELIN
                                                     By his attorney

                                                     /s/ William Cintolo_____
                                                     William Cintolo (BBO# 084120)
                                                     COSGROVE, EISENBERG & KILEY, P.C.
                                                     One International Place, Suite 1820
                                                     Boston, MA 02110
                                                     617.439.7775
                                                     617.330.8774 (fax)

Dated: January 13, 2006

**CERTIFICATION PURSUANT TO LOCAL RULE 112.1**
    I, Nicholas Kenney, certify that I have conferred with William Welch of the United States Attorney's Office regarding the within motion, and he has conditionally assented to this motion (see above).

                                               /s/ Nicholas Kenney_____