UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Crim No. 04-30033-MAP |
| ) | |
| CHRISTOPHER ASSELIN ) | |
| Defendant. ) | |

MOTION TO CHANGE THE DATE FOR THE
DEFENDANT CHRISTOPHER ASSELIN TO PLEAD GUILTY

Now comes the defendant Christopher Asselin and asks this Court to change the date for him to change his plea from August 29, 2006 to September 7, 2006. In support hereof the defendant states as follows:

1. The defendant, through his counsel, negotiated the broad parameters of a plea agreement which would form the predicate for his change of plea. In accordance with the understanding of the parties, the Plea Agreement was to be drafted by the United States Attorney's Office.

2. In the intervening time between the plea negotiations and the actual receipt of the Plea Agreement, the defendant's counsel was contacted by Judge Magistrate Neiman's clerk to determine if August 29th would be a date available for Christopher Asselin's change of plea. Counsel acknowledged he was free on that date, but informed the clerk that he had not yet received a copy of the proposed Plea Agreement.

3. On August 23, 2006, the undersigned received a copy of the proposed Plea Agreement by fax.

4. The undersigned read the Plea Agreement and faxed a copy of the Agreement to the defendant for his review and comment. The defendant indicated to the undersigned that he wanted Attorney Thomas Kiley to review the Agreement and explain

the wording and ramifications of the phraseology, vis-à-vis, the supposed "deal" that had been previously negotiated.

5. The undersigned notified the defendant that Attorney Kiley is on vacation out of state and that he would not be able to review the Plea Agreement document before Monday, August 28, 2006. Whereupon, the defendant asked if the undersigned would request a postponement of the change of plea date to allow Attorney Kiley an opportunity to review the Plea Agreement and advise the defendant accordingly.

6. The undersigned then immediately telephoned the Court's clerk and informed her of the circumstances relating to the request for the date change for the proposed change of plea on August 29, 2006. The Clerk requested that undersigned counsel file a motion requesting the date change.

WHEREFORE, the defendant asks that the date for his change of plea be changed from August 29, 2006 to September 7, 2006.

Respectfully submitted,

Christopher Asselin, Defendant
By his attorney

/s/ William J. Cintolo
_____
William J. Cintolo, BBO # 084120
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com

Dated: August 23, 2006

2