UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | Crim No. 04-30033-MAP |
| | ) | |
| | ) | |
| CHRISTOPHER ASSELIN | ) | |
|    Defendant. | ) | |
| _____ | ) | |

MOTION TO CHANGE THE DATE FOR THE
DEFENDANT CHRISTOPHER ASSELIN'S SENTENCING

Now comes the defendant Christopher Asselin and asks this Court to change the date set for sentencing from December 18, 2006 to a date convenient to the Court in the third week of January, 2007. As reason therefore, the defendant states as follows:

1. After pleading guilty the defendant met with the representative from the United States Probation Office to begin the process for completing the PSR. The defendant executed all the necessary forms and received and completed the financial and background forms requested by the Probation Officer – Richard Rinaldi.

2. On or about November 1, 2006 Probation Officer Rinaldi contacted the defendant and sought a date and time to meet with the defendant and his attorney for the necessary interview to complete the PSR.

3. Because the defendant's sentencing is presently scheduled for December 18, 2006, the final date on which the Probation Officer must file the PSR is Tuesday, November 14, 2006.

4. The defendant's counsel communicated with Probation Officer Rinaldi and explained that counsel is set to begin trial in Concord, New Hampshire on Tuesday, November 7, 2006 in a case entitled <u>United States v. Gagalis</u>, et al, before Judge Barbadoro, and, therefore, would be unable to participate in the interview or review the PSR generated therefrom in a timely fashion. Counsel told PO Rinaldi that he would be

seeking a continuance of the sentencing and PO Rinaldi suggested that the third week of January would allow sufficient time to complete and review the PSR.

WHEREFORE, the defendant asks that his sentencing be postpone to a date convenient to the Court in the third week in January, 2007.

Respectfully submitted,

Christopher Asselin, Defendant
By his attorney


/s/ William J. Cintolo
_____
William J. Cintolo, BBO # 084120
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com

Dated: November 6, 2006