UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>)<br>CHRISTOPHER ASSELIN )<br>    Defendant. )<br>_____ ) | Crim No. 04-30033-MAP |

REQUEST TO TRAVEL OUTSIDE JURISDICTION

    Now comes the defendant Christopher Asselin and asks this Court to allow him to travel outside the jurisdiction to Myrtle Beach, South Carolina, with his wife and children for the Thanksgiving holiday. Defendant Asselin will be traveling by car and expects to depart on November 20 and return on November 26, 2006. The Asselin family will be staying in the home of friends in Myrtle Beach.

    WHEREFORE, the defendant seeks permission to be allowed to travel to Myrtle Beach, South Carolina with his family to spend Thanksgiving with family friends.

    Respectfully submitted,

    Christopher Asselin, Defendant
    By his attorney


    /s/ William J. Cintolo
    _____
    William J. Cintolo, BBO # 084120
    COSGROVE, EISENBERG & KILEY, P.C.
    One International Place, Suite 1820
    Boston, MA 02110
Dated: November 7, 2006    617.439.7775