# Chicopee High School

Roland R. Joyal, Jr., Principal

Lorraine F. Alves, Vice Principal
Claude M. Chapdelaine, Vice Principal
Charles W. Coscore, Vice Principal

820 Front Street * Chicopee, Massachusetts 01020-1722 * (413) 594-3437/FAX (413) 594-3500

August 19, 2004

Merylina Asselin
184 Bowles Park Extension
Springfield, MA 01105

Re: Suspension from the Chicopee Public Schools

Dear Mrs. Asselin:

The Chicopee School Committee has voted to suspend you from your position of guidance counselor at Chicopee High School effective immediately. You are being suspended pursuant to Mass General Laws Chapter 268A-25 as a public employee who is currently under criminal indictment in U.S. District Court.

During the time of your suspension, you will not receive any salary or compensation from the Chicopee Public Schools. The period of your suspension will also not be counted in computing any sick leave, vacation benefits, seniority rights or retirement benefits. The Massachusetts Teachers Retirement Board will be notified of your suspension.

If the crimes with which you have been charged are dismissed without a finding or you are found not guilty of the charges, your suspension may be removed and you may receive all compensation and benefits due you during the period of the suspension.

Kindly arrange to remove all of your personal belongings from your office at Chicopee High School on or before August 25, 2004.

Sincerely,

Richard J. Cunningham
Interim Superintendent

Roland R. Joyal, Jr. Principal
Chicopee Public Schools