Attachment C

# COSGROVE, EISENBERG AND KILEY, P.C.
### COUNSELORS AT LAW

MARTIN S. COSGROVE
LEWIS C. EISENBERG
THOMAS R. KILEY
PETER M. McELROY
CARL VALVO

WILLIAM J. CINTOLO
PAUL R. MATTHEWS
THOMAS B. DROHAN
ELIZABETH C. FLISS
JOHN R. HITT

November 1, 2006

Richard W. Rege, Jr.
Superintendent
Chicopee Public Schools
180 Broadway
Chicopee, MA 01020

Roland R. Joyal, Jr.
Principal
Chicopee High School
820 Front Street
Chicopee, MA 01020

Gentlemen:

On August 19, 2004, Merylina Asselin was suspended under the terms of G.L. c. 268A, §25, sometimes referred to as part of the "Perry Law." A copy of the notice is attached.

Without conceding that the suspension was proper, Ms. Asselin hereby notifies you that the criminal proceedings against her "have been terminated without a finding or verdict of guilty on any of the charges on which (she) was indicted." None of those charges involved misconduct in her position. Under the terms of the statute under which she was suspended, Ms. Asselin's suspension is to be removed forthwith and she is to receive all compensation that would have been due her for the suspension period.

Please take steps to restore Ms. Asselin to her prior position and to pay her. You may communicate directly with her on the mechanics of restoring her and should directly pay her directly her back pay, but please communicate through me any questions pertaining to the law.

Very truly yours,

Thomas R. Kiley

Enclosure
TRK/bat

803 HANCOCK STREET, P.O. BOX 189, QUINCY, MA 02170-0997 (617) 479-7770, TELECOPIER, (617) 773-6901

ONE INTERNATIONAL PLACE, SUITE 1820, BOSTON, MA 02110-2600 (617) 439-7775, TELECOPIER: (617) 330-8774