Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

| | |
|---|---|
| From: | casselin1@comcast.net |
| To: | wcintolo@aol.com |
| Subject: | FW: loan |
| Date: | Fri, 9 Feb 2007 5:55 AM |

Bill,

The letter is from Paul E. Tirone, 294 Main Street Amesbury, MA 01913. Telephone 1-978-994-5286. He is involved in the real estate business, has his real estate license and was anticipating revenues from a couple of homes he has for sale in Florida, but they haven't sold yet, therefore he had to decline my request for a loan.

Chris

---------------- Forwarded Message: ----------------
From: pault51@comcast.net
To: casselin1@comcast.net (chris asselin)
Subject: loan
Date: Fri, 9 Feb 2007 10:46:54 +0000

Hey Chris,

I was hoping to be able to help you out with a loan toward your refinancing, but the money that I was hoping to use hasn't materialized yet.
The housing market is so soft, I can't see myself having any discrescinary funds for quite some time. I apologize, but I'm tapped and just can't help.

Sorry,

Paul