UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
       v. ) No. 04-CR-30033-MAP
)
CHRISTOPHER ASSELIN, )
       Defendant )


ORDER RE: MOTION TO MODIFY CRIMINAL JUDGMENT
(Dkt. No. 400)

February 15, 2007

PONSOR, D.J.

    Defendant has asked for additional time to pay the court-ordered restitution in amount of $140,685.45. The court's original Judgment required that this be paid within ninety days. Defendant has requested that the due date for payment of restitution be extended either to a date twenty-one days after the City of Chicopee pays Defendant's spouse the back wages to which she is allegedly entitled, or sixty days after Defendant's spouse is reinstated to her position at the Chicopee School Department. The government has opposed the requested extension.

    In view of the circumstances, the court will afford Defendant a modest extension of the time for payment of the

restitution. The restitution will be paid in full no later than September 1, 2007. The normal interest rate will be applicable to the restitution amount until it is paid on or before the new deadline.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge