UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER ASSELIN )<br>)<br>Defendant, )<br>)<br>*and* )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS STATE BOARD OF )<br>RETIREMENT )<br>)<br>Garnishee. ) | ACTION NO.<br>3:04CR30033-012-MAP |

## APPLICATION FOR WRIT OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205(b)(1), the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon a pension, which The Commonwealth of Massachusetts State Board of Retirement, located at The Commonwealth of Massachusetts State Board of Retirement, One Ashburton Place, Room 1219, Boston, MA 02108, is believed to disburse to the Defendant, Christopher Asselin (hereinafter "Asselin") to partially satisfy a $143,985.45 judgment entered against Asselin.

In support, the United States says:

1.      As part of the Judgment in a Criminal Case in the above captioned matter, on January 18, 2007, a $143,985.45 judgment was entered against Asselin, social security number 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, last known address of Springfield, Massachusetts in the United States District

Court for the District of Massachusetts.

    2.    Asselin is indebted to the United States for the judgment amount of $143,985.45; plus accrued interest at the rate of 5.03 percent per annum. The total balance as of February 26, 2007 is $144,460.67.

    3.    The United States made demand for payment of the aforementioned debt upon Asselin not less than 30 days prior to the date of this Application, and Asselin has failed to satisfy the debt.

    4.    The United States believes the Garnishee, The Commonwealth of Massachusetts State Board of Retirement, manages a pension plan for to Asselin, and that Asselin has a substantial nonexempt interest in such wages.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon the pension, which The Commonwealth of Massachusetts State Board of Retirement is believed to manage for Asselin, to satisfy the $143,985.45 assessment, fine and restitution order entered against Asselin on January 18, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

February 26, 2007