UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ASSELIN | ) | COURT NO. |
| | ) | 3:04CR30033-012-MAP |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| THE COMMONWEALTH OF | ) | |
| MASSACHUSETTS STATE BOARD OF | ) | |
| RETIREMENT, | ) | |
| | ) | |
| Garnishee. | ) | |

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT

TO:    Christopher Asselin

You are hereby notified that the United States of America is taking a percentage of your wages, which is in the custody, possession, or control of The Commonwealth of Massachusetts State Board of Retirement, to apply to a $143,985.45 judgment entered against you on January 18, 2007 in the United States District Court for the District of Massachusetts.

As of February 26, 2007, computation of the debt is the judgment amount of $143,985.45, plus accrued interest at the rate of 5.03 percent per annum. The total balance is $144,460.67.

Also, you are hereby notified that there are exemptions under the law that may protect some of your property from seizure by the Government if you can show the exemptions apply. The exemptions that apply are those of the state where you have resided in the last 180 days. Attached is a summary of the major exemptions that apply in Massachusetts.

You have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the attached exemptions, or if you think you do not owe the money to the Government that it claims you do.

If you want a hearing, you must notify the court within 20 days after receipt of this notice. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. If you wish, you may use this notice to request a hearing by checking the space below and mailing this notice to the Clerk of the United States District Court at the aforementioned address. You must also send a copy of your request to Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210, to notify the Government that you want a hearing. The hearing will take place within 5 business days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property is exempt, or why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be sold at public auction and the payment used toward the money you owe the Government.

If you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also send a copy of your request to Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way,

Suite 9200, Boston, MA 02210, to notify the Government of your desire to transfer the proceeding.

    Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, or an office of public legal assistance.

                                      Sarah A. Thornton
                                      Clerk, United States District Court

By: _____

                                      Deputy Clerk

Dated: