UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER ASSELIN )<br>)<br>Defendant, )<br>)<br>*and* )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS STATE BOARD OF )<br>RETIREMENT )<br>)<br>Garnishee. ) | COURT NO.<br>3:04CR30033-012-MAP |

NOTICE OF GARNISHMENT AND INSTRUCTIONS

TO:   Christopher Asselin

You are hereby notified that the United States of America is taking a percentage of your wages, which is in the custody, possession, or control of The Commonwealth of Massachusetts State Board of Retirement, to apply to a $143,985.45 judgment entered against you on January 18, 2007 in the United States District Court for the District of Massachusetts.

Also, unless you file a written objection to the Garnishee's Answer and request a hearing within 20 days after you receive the Answer of the Garnishee, the Court will enter an Order attaching your wages to apply against the judgment owed the United States.

If you object to the Garnishee's Answer, your objection must state the reasons why your wages are not subject to attachment by the United States.  You must file your objection with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. The Court will schedule a hearing within 10 days after the date the objection is received by the

Court, or as soon thereafter as practicable. The Court will give notice of the hearing date to all the parties.

A copy of your objection or other pleadings must also be served on: (1) Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210; (2) The Commonwealth of Massachusetts State Board of Retirement, One Ashburton Place, Room 1219, Boston, MA 02108.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100

Dated: February 26, 2007