UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER ASSELIN, ) | COURT NO. |
| ) | 3:04CR30033-012-MAP |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| THE COMMONWEALTH OF ) | |
| MASSACHUSETTS STATE BOARD OF ) | |
| RETIREMENT ) | |
| ) | |
| Garnishee. ) | |

**CHRISTOPHER ASSELIN'S RESPONSE TO NOTICE OF
GARNISHMENT AND ANSWER TO APPLICATION
FOR WRIT OF GARNISHMENT**

Christopher Asselin has taken all the affirmative steps he can to facilitate the transfer of his accumulated retirement deductions and the interest thereon from the Commonwealth of Massachusetts to the United States District Court, including assenting to the petition to the Clerk of the United States District Court to issue a garnishment upon the funds held in his name by the Commonwealth.

Defendant Christopher Asselin admits the allegations in paragraphs 1-4 of the Application for Writ of Garnishment and waives any right he might have to a hearing in this

matter, provided, however, that his consent, admission and waiver are solely made to enable the transfer of funds in partial satisfaction of this Court's restitution order.

                                                CHRISTOPHER ASSELIN,
                                                By his attorney,

                                                /s/ Thomas R. Kiley_____
                                                Thomas R. Kiley (BBO #271460)
                                                Cosgrove, Eisenberg and Kiley, P.C.
                                                One International Place
                                                Boston, MA 02110
                                                (617) 439-7775

Dated: March 7, 2007