UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER ASSELIN | ) COURT NO. |
| | ) 3:04CR30033-012-MAP |
| Defendant, | ) |
| | ) |
| *and* | ) |
| | ) |
| THE COMMONWEALTH OF | ) |
| MASSACHUSETTS STATE BOARD OF | ) |
| RETIREMENT | ) |
| | ) |
| Garnishee. | ) |

## WRIT OF GARNISHMENT

GREETINGS TO:

The Commonwealth of Massachusetts
State Board of Retirement
One Ashburton Place
Room 1219
Boston, MA 02108

The United States of America believes that you manage a pension account for the

defendant, Christopher Asselin, (hereinafter "Asselin") and that he/she has a substantial

nonexempt interest in such payments.

On January 18, 2007, judgment was entered against Asselin in the United States District

Court for the District of Massachusetts.

Asselin, whose last known address is Springfield, Massachusetts, is indebted to the

United States for the judgment amount of $143,985.45, plus accrued interest at the rate of 5.03 percent per annum. The total balance as of February 26, 2007 is $144,460.67. Pursuant to 28 U.S.C. § 3205(c), you must state under oath in your written answer to this Writ whether you have in your custody, control, or possession any property owned by Asselin, including disposable income, and, if so, you must describe such property and the value of such interest. You must then describe any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt. You must also state the amount of debt, if any, you anticipate owing to Asselin in the future and the type of payment schedule.

You must withhold and retain any property that Asselin has a substantial nonexempt interest and for which you are or may become indebted to Asselin pending further order of the Court. Property that is exempt from this Writ is listed on the attached Claim for Exemption form.

You must file, within ten (10) days of service of this Writ, your original written answer to this Writ with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must also serve a copy of your answer to this Writ upon Christopher Asselin, Springfield, Massachusetts, Christopher Asselin, C/O William Cintolo, Esq., One International Place, Suite 1820, Boston, MA 02110 and Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to answer this Writ and to so withhold property before the appearance date. If you fail to appear, or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of Asselin's nonexempt property. It is

illegal to pay or deliver to Asselin any item attached by this Writ.

Pursuant to 15 U.S.C. § 1674, you are prohibited from discharging Asselin from

employment because his/her earnings have been subjected to garnishment for any one

indebtedness.

                                   Sarah A. Thornton
                                   Clerk, United States District Court

                              By:  _____
                                   Deputy Clerk

Dated: March 7 2007