UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ASSELIN | ) | COURT NO. |
| Defendant, | ) | 3:04CR30033-012-MAP |
| | ) | |
| *and* | ) | |
| | ) | |
| THE COMMONWEALTH OF | ) | |
| MASSACHUSETTS STATE BOARD OF | ) | |
| RETIREMENT, | ) | |
| | ) | |
| Garnishee. | ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Christopher Asselin, last known address of Springfield, Massachusetts, Christopher Asselin, C/O William J. Cintolo, Esq., One International Place, Suite 1820, Boston, MA 02110 was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment and Order.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

The United States of America further certifies that on the date set forth below, the Garnishee, The Commonwealth of Massachusetts State Board of Retirement, One Ashburton

Place, Room 1219, Boston, Massachusetts 02108, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Christopher R. Donato
       CHRISTOPHER R. DONATO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3100

Date: March 27, 2007