UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 APR -3  A 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | COURT NO. |
| CHRISTOPHER ASSELIN ) | 3:04CR30033-012-MAP |
| Defendant, ) | |
| *and* ) | |
| THE COMMONWEALTH OF MASSACHUSETTS STATE BOARD OF RETIREMENT ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE

I, Nicola Favorito, being duly sworn depose and say:

I am the Executive Director of the Commonwealth of Massachusetts State Board of Retirement (the "Garnishee") a defined benefit plan for state employees of the Commonwealth of Massachusetts, established by M.G.L. c. 32. Pursuant to M.G.L. c. 32, state employees contribute a statutorily established percentage of their salaries into the State Employees' Retirement System (the "SERS").

The Defendant was a member of the SERS from September 1995 until December of 2004. He took a break in service from January of 1999 until June 1999. As of March 23, 2007, Mr. Asselin had an overall total of $30,519.47 in his retirement account, consisting of $28,839.88 in pre-tax deposits and $1,679.59 in pre-tax interest.

On March 29, 2007, pursuant to M.G.L. c. 32, §15(4), Garnishee voted that Mr. Asselin should forfeit the interest earned on his retirement contributions as a result of his criminal conviction in the United States District Court for the District of Massachusetts. Consequently, the Garnishee has custody, control, and possession of the Defendant's retirement account in the

1

amount of $28,839.88. The Garnishee does not anticipate owing the Defendant any future amounts.

Garnishee mailed a copy of this answer by first-class mail to: (1) Christopher Asselin, Springfield, MA; (2) Christopher Asselin, C/O William J. Cintolo, Esq., One International Place, Suite 1820, Boston, MA 02110; (3) Christopher Asselin, C/O Thomas R. Kiley, Esq., One International Place, Suite 1820, Boston, MA 02110; (4) Christopher Donato, Assistant United States Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Respectfully Submitted,

Nicola Favorito, Esq.
Deputy Treasurer & Executive Director of the State Board of Retirement

Subscribed and sworn to before me this 30th day of March 2007

Ann Bodor

My Commission expires:

ANN L. BODOR
Notary Public
My Commission Expires
April 5, 2013

2