UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:04CR30033-012-MAP |
| CHRISTOPHER ASSELIN | ) | |
|     Defendant, | ) | |
| | ) | |
|     *and* | ) | |
| | ) | |
| THE COMMONWEALTH OF | ) | |
| MASSACHUSETTS STATE BOARD OF | ) | |
| RETIREMENT | ) | |
|     Garnishee. | ) | |

**MOTION FOR PROPOSED ORDER OF GARNISHMENT**

Pursuant to 28 U.S.C. § 3205, the United States of America (hereinafter "United States"), through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Christopher R. Donato, hereby requests this Court enter an Order of garnishment against the Defendant, Christopher Asselin, upon the Garnishee, The Commonwealth of Massachusetts State Board of Retirement.

In support, of its motion the United States says:

1. On January 18, 2007, the United States District Court for the District of Massachusetts entered a judgment against the defendant with a restitution order of $140,685.45, plus accruing interest.

2. On February 26, 2007, pursuant to 28 U.S.C. § 3205(b), the United States electronically filed an Application for Writ of Garnishment.

3. On March 8, 2007, this Court signed and approved the Writ of Garnishment.

4. On April 5, 2007, pursuant to 28 U.S.C. § 3205(c)(4), the Garnishee filed an

Answer with the District Court stating that it had $28,839.88 in possession of the defendant's funds.

After the Garnishee filed its answer, the Defendant did not request a hearing within the required time period as set forth in 28 U.S.C. § 3205(c)(7). Therefore, the United States respectfully request this Court entered an Order for garnishment so that the United States can apply the funds held by the Garnishee towards the Defendant's restitution debt.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:   /s/ Christopher R. Donato
       CHRISTOPHER R. DONATO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3303

Date: April 30, 2007

### CERTIFICATE OF SERVICE

Boston, s.s.                                                                                 Boston, MA

I hereby certify that on the 30th day of April 2007, this document was filed through the ECF system and sent to Christopher Asselin, C/O William J. Cintolo, Esq. in Boston, MA and The Commonwealth of Massachusetts State Board of Retirement in Boston, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                   /s/ Christopher R. Donato
                                                 CHRISTOPHER R. DONATO
                                                 Assistant U.S. Attorney