UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>CHRISTOPHER ASSELIN　　　　 )<br>　　　　Defendant,　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　*and*　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>THE COMMONWEALTH OF　　　　 )<br>MASSACHUSETTS STATE BOARD OF )<br>RETIREMENT　　　　　　　　　 )<br>　　　　Garnishee.　　　　　　 ) | 3:04CR30033-012-MAP |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, The Commonwealth of Massachusetts State Board of Retirement, is to disburse all funds, including but not limited to $28,839.88, to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210;  Re: Christopher Asselin, Court No. 3:04CR30033-012-MAP.


APPROVED:                                    SO ORDERED:


_____               _____
UNITED STATES DISTRICT JUDGE                 DEPUTY CLERK
                                             UNITED STATES DISTRICT COURT


DATED: