UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER ASSELIN )<br>Defendant, )<br>)<br>and )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS STATE BOARD OF )<br>RETIREMENT )<br>Garnishee. ) | 3:04CR30033-012-MAP |

### ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, The Commonwealth of Massachusetts State Board of Retirement, is to disburse all funds, including but not limited to $28,839.88, to the Clerk of Court, c/o United States District Court, One Courthouse Way, Suite 2300, Boston, MA 02210; Re: Christopher Asselin, Court No. 3:04CR30033-012-MAP.

APPROVED:

_[signature]_
UNITED STATES DISTRICT JUDGE

SO ORDERED:

_[signature]_
DEPUTY CLERK
UNITED STATES DISTRICT COURT

DATED: 5·18·07