UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,               ) | |
|        Plaintiff,         ) | |
|                            ) | |
|     v.                               ) | 3:04CR30033-012-MAP |
|                            ) | |
| Christopher Asselin,                 ) | |
|        Defendant.    ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, fine and/or restitution Judgment as to the defendant in the above-captioned matter, Christopher Asselin, by payment in full.

                                                      Respectfully submitted,

                                                      UNITED STATES OF AMERICA
                                                      By its attorneys

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                               By:   /s/   Christopher R. Donato
                                     CHRISTOPHER R. DONATO
                                     Assistant U.S. Attorney
                                     1 Courthouse Way, Suite 9200
                                     Boston, MA 02210
                                     (617) 748-3303

Dated: October 17, 2007

**CERTIFICATE OF SERVICE**

Boston, s.s.                                                                                        Boston, MA

    I hereby certify that on this date a copy of this document was filed through the ECF system and sent to Christopher Asselin, located at Springfield, MA electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                 /s/   Christopher R. Donato
                                               CHRISTOPHER R. DONATO
                                               Assistant U.S. Attorney