UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS.                                                          )<br>)<br>)<br>CHRISTOPHER  ASSELIN                    )<br>    Defendant.                                        )<br>_____ ) | Crim No. 04-30033-MAP |

MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE
TO ALLOW VISITS WITH FAMILY MEMBERS

Now comes the defendant Christopher Asselin and states that he is presently incarcerated at the Federal Prison Camp at Schuykill.  Defendant states that his father, Raymond Asselin, Sr.; his mother, Janet Asselin; and his brothers Raymond Jr., James and Joseph, were all co-defendants in the case in which Defendant Christopher Asselin is presently incarcerated.  Janet Asselin was sentenced to home confinement.  Each other defendant/family member is also incarcerated.  Defendant was informed that by the terms of his supervised release, he cannot communicate with convicted felons.  His family members are now convicted felons.  Defendant seeks this Court's permission to communicate and associate with his family members.

Respectfully submitted,

Christopher Asselin, Defendant
By his attorney

/s/ William J. Cintolo
_____
William J. Cintolo, BBO # 084120
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110

Dated: November 16, 2007            617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com