UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR-N-04-30033-MAP |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **CHRISTOPHER ASSELIN,** ) | |
| ) | |
| **Defendant.** ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT CHRISTOPHER ASSELIN'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Response To Defendant Christopher Asselin's Motion To Modify Conditions of Supervised Release To Allow Visits With Family Members (the "Motion") (Document 467).

The government has no objection to the Motion.

Filed this 19th day of November, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


   /s/ Steven H. Breslow
STEVEN H. BRESLOW
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      November 19, 2007

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing and mailing said motion to:

William J. Cintolo, Esq.
Cosgrove, Eisenberg & Kiley, P.C.
One International Place, Suite 1820
Boston, MA 02110
Counsel for defendant Christopher Asselin


      /s/ Steven H. Breslow
    STEVEN H. BRESLOW
    Assistant United States Attorney