UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Crim No. 04-30033-MAP |
| ) | |
| CHRISTOPHER ASSELIN ) | |
|    Defendant. ) | |

## MOTION TO ALLOW VISITS WITH FAMILY MEMBER

Now comes the defendant Christopher Asselin and states that he is presently on supervised release, having completed his term of incarceration imposed by this Court and paid all fines and restitution. The defendant's father, Raymond B. Asselin, Sr. is an inmate at the Federal Prison Camp Devens, located in Ayer, MA  The defendant seeks permission to have regular visits with his father. The defendant has been previously informed that by the terms of his probation, he cannot communicate with convicted felons. His father is now a convicted felon. Defendant seeks this Court's permission to visit, communicate and associate with his father.

Respectfully submitted,

Christopher Asselin, Defendant
By his attorney

/s/ William J. Cintolo
_____
William J. Cintolo, BBO # 084120
COSGROVE, EISENBERG & KILEY, P.C.
One International Place, Suite 1820
Boston, MA 02110
617.439.7775 (telephone)
617.330.8774 (fax)
WCintolo@AOL.com

Dated: August 12, 2008